UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: FREDDIE CARY PARKS,

             Case No. 4:17-bk-16831

 Debtor.          Chapter 7

_____/

**MOTION TO EXTEND TIME TO OBJECT
TO DEBTOR'S DISCHARGE AND DISCHARGEABILITY**

  COMES NOW, Allied World Insurance Company ("Allied World"), a creditor of Debtor, by and through its undersigned attorney, and files this, its Motion to Extend Time to Object to Discharge and Dischargeability, and states to the Court as follows:

  1. Freddie Cary Parks ("Debtor") filed his Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701 et seq. ["the Code"] on December 22, 2017.

  2. The 341 Meeting of Creditors was held and concluded on February 6, 2018 with the Trustee issuing a Report of No Distribution.

  3. Debtor amended his Schedule E/F: Creditors Who Have Unsecured Claims to add Allied World as an unsecured creditor post-341 on February 14, 2018.

  4. The deadline to file a complaint to determine the dischargeability of Debtor's debt owed to Allied World or to oppose the Debtor's discharge in this case is April 9, 2018.

  5. Federal Rule of Bankruptcy Procedure 4004(b) and 9006(b)(1)(1) permits this Court to extend the time for filing of a complaint to determine discharge for cause, upon request, as long as that request is filed before the expiration of the time period allotted for the filing of a complaint regarding discharge or determine dischargeability of debts under 11 U.S.C. § 523.

6. Debtor is a joint and severally liable indemnitor under an Agreement of Indemnity signed on December 14, 2015. The Agreement of Indemnity was executed by Debtor to induce Allied World to issue payment and performance bonds to CMM Mechanical, LLC, an Arkansas Limited Liability Company of which Debtor is a member.

7. A complaint for breach of the Indemnity Agreement was filed against Debtor on December 15, 2017 in the Eastern District of Arkansas and that matter was stayed with respect to Debtor as a result of this bankruptcy.

8. Debtor owes Allied World $1.628 million, which is the sum of paid claim losses, fees and costs, and loss exposure arising under the payment and performance bond, for which Debtor is responsible under the Agreement of Indemnity.

9. Allied World has begun a preliminary investigation into Debtor's financial affairs and plans to schedule Debtor's 2004 Exam for some time in late April 2018, respective parties and counsels' schedules permitting.

10. At this time, Allied World requests an additional ninety (90) days from April 9, 2018, the present discharge date, to and through July 9, 2018, for objections to discharge and dischargeability.

WHEREFORE, Creditor, Allied World Specialty Insurance Company, requests that this Court extend the deadline for it to object to the Debtor's discharge and dischargeability herein through July 9, 2018 and grant such other and further relief as this Court may deem just and proper.

Date: 4/3/2018

Respectfully Submitted,

*/s/ Joseph C. Hoke*

Joseph C. Hoke
Attorney for Allied World
AR Bar #: 2017201
1214 Clifton Street
Conway, Arkansas 72034
Ph: (501) 563-5851
jchoke8@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE: FREDDIE CARY PARKS

CASE NO: 4:17-bk-16831

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 7

On 4/4/2018, I did cause a copy of the following documents, described below,

Motion to Extend Time to Object to Debtor's Discharge and Dischargeability

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/4/2018

/s/ Joseph C. Hoke
Joseph C. Hoke  2017201

Joseph C. Hoke, Attorney at Law
1214 Clifton Street
Conway, AR  72034
501 563 5851
Jchoke8@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE: FREDDIE CARY PARKS

CASE NO: 4:17-bk-16831

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 4/4/2018, a copy of the following documents, described below,

Motion to Extend Time to Object to Debtor's Discharge and Dischargeability

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/4/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Joseph C. Hoke
Joseph C. Hoke, Attorney at Law
1214 Clifton Street
Conway, AR 72034

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br><br>LABEL MATRIX FOR LOCAL NOTICING<br>08604<br>CASE 4-17-BK-16831<br>EASTERN DISTRICT OF ARKANSAS<br>LITTLE ROCK<br>TUE APR 3 15-12-12 CDT 2018 | KUBOTA CREDIT CORPORATION<br>PO BOX 2313<br>CAROL STREAM IL 60132-2313 | ROBERT A HALL REVOCABLE TRUST<br>425 W CAPITOL AVE STE 3400<br>LITTLE ROCK AR 72201-3483 |
| SANTANDER CONSUMER USA INC<br>CO STEWART ZLIMEN JUNGERS LTD<br>2860 PATTON ROAD<br>ROSEVILLE MN 55113-1100 | USAA FEDERAL SAVINGS BANK<br>CO WEINSTEIN RILEY PS<br>2001 WESTERN AVE SUITE 400<br>SEATTLE WA 98121-3132 | WELLS FARGO BANK NA<br>ATTN REAFFIRMATION TEAM<br>MAC D0203-023<br>1100 CORPORATE CENTER DR<br>RALEIGH NC 27607-5066 |
| ~~EXCLUDE~~<br><br>~~LITTLE ROCK DIVISION~~<br>~~US BANKRUPTCY COURT~~<br>~~300 W 2ND STREET~~<br>~~LITTLE ROCK AR 72201-2400~~ | AB REPROGRAPHICS<br>3204 MOBERLY LANE<br>BENTONVILLE AR 72712-3754 | AIRETECH<br>7631 NORTHSHORE PLACE<br>NORTH LITTLE ROCK AR 72118-5311 |
| ALLIED SUPPLY<br>PO BOX 1366<br>LITTLE ROCK AR 72203-1366 | ALLIED WORLD ASSURANCE<br>30 SOUTH 17TH STREET<br>16TH FLOOR<br>PHILADELPHIA PA 19103-4009 | BFS CAPITAL<br>3301 N UNIVERSITY DR<br>POMPANO BEACH FL 33065-4164 |
| BENCHMARK CONSTRUCTION CO<br>333 W POPLAR ST<br>FAYETTEVILLE AR 72703-2438 | CHRYSLER CAPITAL<br>ATTN BANKRUPTCY<br>PO BOX 961278<br>FORT WORTH TX 76161-0278 | CORE INSULATION<br>124 W CAPITOL AVE<br>LITTLE ROCK AR 72201-3704 |
| CUSTOM METALS<br>8900 FOURCHE DAM PIKE<br>LITTLE ROCK AR 72206-3806 | DFA DIV OF BUILDING AUTHORITY<br>501 WOODLANE DR<br>LITTLE ROCK AR 72201-1023 | DAIKIN INC<br>13600 INDUSTRIAL PARK<br>MINNEAPOLIS MN 55441-3743 |
| DIRECT SURETY<br>1065 E HILLSDALE BLVD<br>SAN MATEO CA 94404-1613 | EMC INSURANCE COMPANIES<br>7300 W 110TH ST<br>OVERLAND PARK KS 66210-2332 | EQUIFAX<br>CSC CREDIT SERVICE<br>PO BOX 105167<br>ATLANTA GA 30348-5167 |
| EXPERIAN<br>955 AMERICAN LANE<br>SCHAUMBURG IL 60173-4998 | EXPRESS EMPLOYMT PROFESSIONAL<br>721 FRONT ST<br>CONWAY AR 72032-5421 | FCA CERT PUBLIC ACCOUNTANTS<br>2228 COTTONDALE LANE<br>LITTLE ROCK AR 72202-2058 |
| FCCI INSURANCE<br>6300 UNIVERSITGY PARKWAY<br>SARASOTA FL 34240-8424 | FTI CONSULTING<br>1201 W PEECHTREE ST<br>ATLANTA GA 30309-3449 | FALK SUPPLY COMPNAY<br>PO BOX 1329<br>HOT SPRINGS AR 71902-1329 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FLEMING ELECTRIC
212 MCCLANAHAN DR
BRYANT AR 72022-2601

FLUID SOLUTIONS
10350 RIVERVIEW CORP DR
MAUMELLE AR 72113-7399

GAG BUILDERS INC
DOVER DIXON HORNE PLLC
425 WEST CAPITOL AVE
STE 3700
LITTLE ROCK AR 72201-3528

HD SUPPLY CO
3209 AR161
NORTH LITTLE ROCK AR 72117

HOME DEPOT CREDIT
PO BOX 6497
SIOUX FALLS SD 57117-6497

HUGG HALL EQUIPMENT
6601 SCOTT HAMILTON DR
LITTLE ROCK AR 72209-3134

HUGG HALL MOBILE
6602 SCOTT HAMILTON DR
LITTLE ROCK AR 72209

HURRICANE GOLF COUNTRY CLUB
4300 HURRICANE DR
BRYANT AR 72022-6201

JOHN PLYLERS HOME CENTER
101 W BROADWAY ST
GLENWOOD AR 71943-9211

KEITHS SERVICE CENTER
1106 MAIN ST
VILONIA AR 72173-8072

KNIGHT WILSON
1240 WILLIAMS AVE
MEMPHIS TN 38104-4701

KUBOTA
1000 KUBOTA DR
TEMPLE TX 76501

LIBERTAS FUNDING
382 GREENWICH AVE
GREENWICH CT 06830-6532

LOWES
PO BOX 981064
EL PASO TX 79998-1064

MNH TULLIS
124 W CAPITAL AVE
LITTLE ROCK AR 72201-3704

MICHAEL S BROOKS
34 BUSH LANE
VILONIA AR 72173-9518

NABHOLZ
612 GARLAND ST
CONWAY AR 72032-4418

NORTHWEST CONTROLS
7631 NORTHSHORE PLACE
NORTH LITTLE ROCK AR 72118-5311

PVF INDUSTRIAL SUPPLY
6203 PATTERSON RD
LITTLE ROCK AR 72209-2443

POWERS OF ARKANSAS
5440 NORTHSHORE DR
NORTH LITTLE ROCK AR 72118-5319

PRO INSULATION
4414 S 16TH
FORT SMITH AR 72901-7912

RE SUPPLY
1222 S SPRING ST
LITTLE ROCK AR 72202-4852

RECEIVABLE MANAGEMENT CORP
400 W CUMMING PARK
STE 4450
WOBURN MA 01801-6594

SEARCY SHEET METAL
182 BAILEY ST
SEARCY AR 72143-8312

SUSAN PARKS
6 PERDIDO CIRCLE
LITTLE ROCK AR 72211-2142

SUSANNE HALL
6 SHORE POINT RD
NORTH LITTLE ROCK AR 72116-9031

SYNCHRONY BANK
BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
TRANSUNION                      US SPECIALTY INS CO             US TRUSTEE UST
PO BOX 2000                     8350 N CENTRAL EXPRESSWAY       OFFICE OF U S TRUSTEE
CHESTER PA 19016-2000           DALLAS TX 75206-1600            200 W CAPITOL STE 1200
                                                                LITTLE ROCK AR 72201-3618


US BANK                         US BANK                         USAA
PO BOX 5229                     PO BOX 709401                   10750 MCDERMOTT FWY
CINCINNATI OH 45201-5229        SAINT LOUIS MO 63179            SAN ANTONIO TX 78288-1600


WELLS FARGO HOME MORTGAGE       WINNELSON                       YOUNG ASSOCIATES
PO BOX 10335                    420 BYRD ST                     11501 HURON LANE 1
DES MOINES IA 50306-0335        LITTLE ROCK AR 72202-2628       LITTLE ROCK AR 72211-2491


DEBTOR
                                FREDERICK S WETZEL III          LONNIE GRIMES
FREDDIE CARY PARKS              CHAPTER 7 PANEL TRUSTEE         KNOLLMEYER LAW OFFICE
6 PERDIDO CIRCLE                200 NORTH STATE STREET SUITE 200 2525 JOHN HARDEN DR
LITTLE ROCK AR 72211-2142       LITTLE ROCK AR 72201-1399       JACKSONVILLE AR 72076-1867
```